# ADA Advantage™
## EMPLOYEE REQUEST FOR REASONABLE ACCOMMODATION FORM

(continued)

### 2. Reasonable Accommodation(s) Requested:

Please check any and all of the below, as applicable, and explain:

- [x] Ergonomic (chair, keyboard, mouse, etc.): **CABINET AT LEAST...**
- [x] Facility (workstation, parking, etc.): **ROOM — WORKSTATION**
- [ ] Break time adjustment: **I DO NOT HAVE ANY BREAK TIME AT ALL.**
- [x] Work schedule/location adjustment: **WORK SCHEDULE**
- [x] Leave of absence, full or part-time or reduced schedule — Please contact Matrix at 888-477-5110 to request a leave of absence.
- [x] Other (explain)

**DISCOVERY booklet in Japanese, various kind of information how to use, when & where etc... Even if customers purchase the Discovery but they would get information in Japanese booklet are NOTHING.**

### 3. Why.

For each accommodation you have listed in response to question #1, above, describe how or why you believe that, if the accommodation is provided, it would enable you to overcome the limitations described in response to question #2 so that you could perform the essential functions and/or meet performance and attendance requirements of your job.

**I need to gather information as much as possible for Discovery, print it in Japanese, print something prepared so that I can guide Japanese to our customers at any time, I must carry around a lot of heavy paper materials at all times without the cabinet!!!**

| | |
|---|---|
| YOUR NAME: | MIYOKO MIZUNO |
| PHYSICIAN NAME: | LILLIAN MCCOLUM |
| PHYSICIAN PHONE: | (808) 922-4787 |
| PHYSICIAN FAX: | (808) 922-4950 / 690-9308 |
| PHYSICIAN ADDRESS: | 953 MAKAHIKI WAY HON, HI 96826 |

By signing below, I attest that the information I have provided on this form is accurate, true and correct to the best of my knowledge. I understand that my employer reserves the right to verify any and all information in this request or in connection with my request. Therefore, I understand and agree that my failure to provide accurate, true and correct information may constitute grounds for denial of my request for accommodation and discipline, and my failure to provide such information in a timely manner may constitute grounds for denying or delaying my requested accommodation(s).

SIGNATURE: *Miyoko Mizuno*   DATE: 12/20/18

---

**RELIANCE STANDARD**
A MEMBER OF THE TOKIO MARINE GROUP



**MATRIX**
ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP



# ADA Advantage™
## EMPLOYEE REQUEST FOR REASONABLE ACCOMMODATION FORM

YOUR NAME: MIYOKO MIZUNO
TODAY'S DATE: 12/20/18
YOUR EMPLOYEE ID: 664733
EMPLOYER: WYNDHAM DESTINATION
LOCATION: VARIOUS AT 2169 KALIA RD. HON., HI 96815
POSITION/TITLE: DISCOVERY SALES REPRESENTATIVE
PERSONAL (NOT WORK) EMAIL ADDRESS: honhawaiihi@yahoo.co.jp
PRIMARY TELEPHONE NUMBER: (808) 732-2345
SUPERVISOR NAME/ DEPARTMENT HEAD: JAMES DANZ, Discovery manager & V.P.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**Employee Responsibility:** Once you have completed this form, please return it to **MatrixADASpecialist@matrixcos.com**. This form will be kept separate from your personnel file and as a confidential medical record. Medical information will be kept confidential and not disclosed except to your employer's Human Resources Department personnel as needed to determine reasonable accommodation and, otherwise, as required or permitted by law. Please email **MatrixADASpecialist@matrixcos.com** if you need assistance in completing this form.

## 1. Limitations.

Please describe the limitations you are experiencing that result from your medical condition, and how those limitations are specifically preventing or negatively impacting your ability to perform the essential functions and/or meet performance and attendance requirements of your job.

On my way home, I got hit & run on 6/15/18 @ 5:27 P.M & the Police Report #: 18227023. Although it was an injury & cracked severely on the bones of my left foot, I had worked all day long more than 10 hrs/day on the very next Sat. & Sun. because I was the only Japanese Discovery Agent at that time. Also I wanted to dedicate to my company. I always continued to work everyday during another Japanese Discovery agent, Ms. HIROMI MAEDA's 2 weeks vacation. Also Sep. & Oct. I had worked everyday continue without even 1 day-off. After over working out this time, hurt not only the same left leg but also my right hip & the knees of both feet when on my way home (continued)

RELIANCE STANDARD
A MEMBER OF THE TOKIO MARINE GROUP

MATRIX
ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP

~~[redacted]~~

**B. Questions to help determine whether an accommodation is needed.**

An employee with a disability is entitled to an accommodation only when the accommodation is needed because of the disability. The following questions may help determine whether the requested accommodation is needed because of the disability. Need a cabinet because international Disco dep. does not have japanese written brochure at all.

What limitation(s) is interfering with job performance or accessing a benefit of employment? I will not be able to come to my company everyday & I can not make it in the company w/ suffering a fracture

What job function(s) or benefits of employment is the employee having trouble performing or accessing because of the limitation(s)? I will not be able to walk with my very heavy baggages w/ many pages of japanese brochures &...

Is the employee taking medications that could impair his/her ability to perform the Essential Functions of the job safely? MAGNESIUM OXIDE 400MG TABLET, ACETAMINOPHEN 500MG TABLET, SM PAIN RELIEVER EXTRA STRENGTH 500MG MCKE, MAPAP CAPLET, ALPHAGAN P, IBUPROFEN 400MG TABLET, ACETAMINOPHE

How does the employee's limitation(s) interfere with his/her ability to perform the job function(s) or access a benefit of employment? As I explained above but I think if everyone has own space, desk, cabinet & so on, then everyone will be able to concentrate to perform much better job easily.

**C. Questions to help determine effective accommodation options.**

Do you have any suggestions regarding possible accommodations that would enable the employee to perform the job? If yes, please complete the appropriate section(s) below:

❖ **IF THIS IS FOR A WORK PLACE ACCOMMODATION, COMPLETE THE FOLLOWING.**

For each possible workplace accommodation, indicate if *temporary or permanent*, and if temporary include start date _____ and end date _____

How would your suggestions enable the employee to perform the job?

❖ **IF THIS IS FOR CONTINUOUS TIME OFF, COMPLETE THE FOLLOWING.**

Start date 11/19/18 and end date 5/31/19 (An estimate is needed in order to process request)

If this is for continuous time off, complete the following:

If the suggested accommodation is additional leave, why has this leave been extended? Same as my phy & Mental health
What is the likelihood that this employee will need additional leave, and if so, how much? recommended to by day examina
How will this additional time enable the employee to return to work as scheduled and not need additional extension of tim off? Everyday events that I could not anticipate since joining the company have not been resolved... Above all the new Disc manager who could not get well w/ do Ms. Lana, previous Disc manager & the current manager did not come to work very o she played truant from work, so she does not know regard to the Disco Team Work at all, Further more, this current man admires & spent quite a time w/ Ms. Hiromi Maeda who was form to quit Disco w/ her cheating matter, period. Anyway we a fair Disco Manager & agents will be able to...

## B. Questions to help determine whether an accommodation is needed.

An employee with a disability is entitled to an accommodation only when the accommodation is needed because of the disability. The following questions may help determine whether the requested accommodation is needed because of the disability. Need a cabinet because international Vasco Rep. does not have any Japanese written brochure at all.......

What limitation(s) is interfering with job performance or accessing a benefit of employment? I will not be able to come to my company every day. & I could not make it in the company w/ suffering the pictures

What job function(s) or benefits of employment is the employee having trouble performing or accessing because of the limitation(s)? I will not be able to walk with my very heavy baggages w/ many pages of my Japanese brochures & so on

Is the employee taking medications that could impair his/her ability to perform the Essential Functions of the job safely? MAGNESIUM OXIDE 400MG TABLET, ALENDRONATE SODIUM 70 MG TAB ACETAMINOPHEN 500MG TABLET, 8M PAIN RELIEVER EXTRA STRENGTH 500MG, MAPAP CAPLETS, ALPHAGAN, BUPROFEN 400 MG TAB, ACETAMINOPHEN

How does the employee's limitation(s) interfere with his/her ability to perform the job function(s) or access a benefit of employment? As I explained above but I think if everyone had own space desk cabinet but NOT only Ms IVA, then everyone will able to concentrate to perform much better job easily.

## C. Questions to help determine effective accommodation options.

Do you have any suggestions regarding possible accommodations that would enable the employee to perform the job? If yes, please complete the appropriate section(s) below:

❖ **IF THIS IS FOR A WORK PLACE ACCOMMODATION, COMPLETE THE FOLLOWING.**

For each possible workplace accommodation, indicate if *temporary* or *permanent*; and if temporary include start date_____ and end date_____

How would your suggestions enable the employee to perform the job?

❖ **IF THIS IS FOR CONTINUOUS TIME OFF, COMPLETE THE FOLLOWING.**

Start date 11/19/18  and end date 7/31/19  (An estimate is needed in order to process request)

If this is for continuous time off, complete the following:

If the suggested accommodation is additional leave, why has this leave been extended?
What is the likelihood that this employee will need additional leave, and if so, how much?
How will this additional time enable the employee to return to work as scheduled and not need additional extension of time off? Same as my physical & mental doctors recommended day by day examinations including twice a week, Dr. Harada, Don, D.C., Gale Tsu LAc & Dr. Gary K Saito, DC & Foot Care Specialist.
I am very worried about the following: The very problematic & egoc new Disko manager who doesn't even know what team work at for example, HIROMI MAEDA who was cheat & forced to quit the comp but this new manager contact & phone to HIROMI every day. Not on spend a lot of time but also the new manager admires HIROMI

## B. Questions to help determine whether an accommodation is needed.

An employee with a disability is entitled to an accommodation only when the accommodation is needed because of the disability. The following questions may help determine whether the requested accommodation is needed because of the disability. Need a cabinet because international Disco Rep. does not have any Japanese written brochure at all.

What limitation(s) is interfering with job performance or accessing a benefit of employment? I will not be able to come to my company everyday & I could not make it in the company w/ suffering the fractures.

What job function(s) or benefits of employment is the employee having trouble performing or accessing because of the limitation(s)? I will not be able to walk w/ my very heavy baggages w/ many pages of my Japanese brochures that I made the

Is the employee taking medications that could impair his/her ability to perform the Essential Functions of the job safely? Magnesium OXIDE 400MG Tablet, Alendronate Sodium 70MG Tab, Acetaminophen 500MG Tablet, SM Pain Reliever Extra Strength 500 MG, Mapa Caplets Alphagan, Ibuprofen 400 MG Tab, Acetaminophe

How does the employee's limitation(s) interfere with his/her ability to perform the job function(s) or access a benefit of employment? As I explained above and I think if everyone had own space desk cabinet but not only the Disco manager, then everyone will be able to concentrate to perform much better job easily.

## C. Questions to help determine effective accommodation options.

Do you have any suggestions regarding possible accommodations that would enable the employee to perform the job?
If yes, please complete the appropriate section(s) below:

❖ **IF THIS IS FOR A WORK PLACE ACCOMMODATION, COMPLETE THE FOLLOWING.**

For each possible workplace accommodation, indicate if *temporary or permanent*, and if temporary include start date _____ and end date _____

How would your suggestions enable the employee to perform the job?

❖ **IF THIS IS FOR CONTINUOUS TIME OFF, COMPLETE THE FOLLOWING.**

Start date 7/19/19 and end date 10/31/19 (An estimate is needed in order to process request)

If this is for continuous time off, complete the following:

If the suggested accommodation is additional leave, why has this leave been extended?
What is the likelihood that this employee will need additional leave, and if so, how much?
How will this additional time enable the employee to return to work as scheduled and not need additional extension of time off?  Same as my physical & mental doctors recommended day by day examinations including twice a week, Dr. Harada Dr. D.C Gale Todoki, Lac & Dr. Gary K. Saito, DC & Food Care Specialists. Also I'm still very concerned about the very problematic & egocentric Disco manager who doesn't even know what team work at all, as HIROMI MAEDA who cheated & forced to quit the company out of Disco Manager contacts & phones to HIROMI every day — not only spend a lot of time but also this manager admires HIROMI

## B. Questions to help determine whether an accommodation is needed.

An employee with a disability is entitled to an accommodation only when the accommodation is needed because of the disability. The following questions may help determine whether the requested accommodation is needed because of the disability. One table w/ one cabinet not only disabled person but also normal discovery sales person.

What limitation(s) is interfering with job performance or accessing a benefit of employment? I can not come to my company everyday & I can not make it in the company w/ my broken leg.

What job function(s) or benefits of employment is the employee having trouble performing or accessing because of the limitation(s)? I can not walk w/ my very heavy baggage & so on.

Is the employee taking medications that could impair his/her ability to perform the Essential Functions of the job safely? MAGNESIUM OXIDE 400 MG TABLET, ACETAMINOPHEN 500 MG TABLET SM PAIN RELIEVER EXTRA STRENGTH 500 MG TAB MCKE, Mapap Caplets

How does the employee's limitation(s) interfere with his/her ability to perform the job function(s) or access a benefit of employment? As I explained above but I think if we have own desk, cabinet & so on, then we will be able to consent to make more sales a little easily...

## C. Questions to help determine effective accommodation options.

Do you have any suggestions regarding possible accommodations that would enable the employee to perform the job? If yes, please complete the appropriate section(s) below:

❖ **IF THIS IS FOR A WORK PLACE ACCOMMODATION, COMPLETE THE FOLLOWING.**

For each possible workplace accommodation, indicate if *temporary* or *permanent*; and if temporary include start date _____ and end date _____

How would your suggestions enable the employee to perform the job?

❖ **IF THIS IS FOR CONTINUOUS TIME OFF, COMPLETE THE FOLLOWING.**

Start date 11/19/18 and end date 3/30/19 (An estimate is needed in order to process request)

If this is for continuous time off, complete the following:
If the suggested accommodation is additional leave, why has this leave been extended? my physical & mental doctors recommend
What is the likelihood that this employee will need additional leave, and if so, how much? day by day examine
How will this additional time enable the employee to return to work as scheduled and not need additional extension of time off? Everyday events that I could not anticipate since joining the company have not been resolved... Especially in September & November last year I worked more & more day to day, so I did not have even a little of my own time at all every day & I am matching the recovery of my physical & mental daily, very slowly...

### B. Questions to help determine whether an accommodation is needed.

An employee with a disability is entitled to an accommodation only when the accommodation is needed because of the disability. The following questions may help determine whether the requested accommodation is needed because of the disability.

What limitation(s) is interfering with job performance or accessing a benefit of employment?
*I can not come to my company everyday and I can not make it in the company.*

What job function(s) or benefits of employment is the employee having trouble performing or accessing because of the limitation(s)? *I can not walk with my baggage & so on.*

Is the employee taking medications that could impair his/her ability to perform the Essential Functions of the job safely?
*ACETAMINOPHEN 500MG TABLET, SM PAIN RELIEVER EXTRA STRENGTH 500MG TAB MCKE & MAPA-P 500MG TAB MAJO*

How does the employee's limitation(s) interfere with his/her ability to perform the job function(s) or access a benefit of employment? *I sincerely thank Dr. Lillian McCohen for being helpful anytime to help me. I think that I can restore our confidence.*

### C. Questions to help determine effective accommodation options.

Do you have any suggestions regarding possible accommodations that would enable the employee to perform the job? If yes, please complete the appropriate section(s) below:

❖ **IF THIS IS FOR A WORK PLACE ACCOMMODATION, COMPLETE THE FOLLOWING.**

For each possible workplace accommodation, indicate if *temporary* or *permanent*; and if temporary include start date _____ and end date _____

How would your suggestions enable the employee to perform the job?

❖ **IF THIS IS FOR CONTINUOUS TIME OFF, COMPLETE THE FOLLOWING.**

Start date 11/19/18 and end date 1/31/19 (An estimate is needed in order to process request)

If this is for continuous time off, complete the following:

If the suggested accommodation is additional leave, why has this leave been extended?
What is the likelihood that this employee will need additional leave, and if so, how much?
How will this additional time enable the employee to return to work as scheduled and not need additional extension of time off? *First of all, the Japanese Discovery Dep. does not have any Japan speaking manager at all. Secondly, we have the #'s fewer job, only ONE Disco Agent but not TWO who will be able to get decent income. So, finally the another Discovery agent, Ms. HIROMI MAEDA who had been abandoned to leave company because she wanted to work only her without me & she had kept bullying and cheating me more than four months always. (Only once the previous Disco manager Ms. Lana who does not speak Japanese had caught MS. HIROMI MAEDA's cheating.) Anyway, I will be able to recover from my physical*

**B. Questions to help determine whether an accommodation is needed.**

An employee with a disability is entitled to an accommodation only when the accommodation is needed because of the disability. The following questions may help determine whether the requested accommodation is needed because of the disability. *I was not have any international written brochure at all, I had made few & need a cabinet for the archive.*

What limitation(s) is interfering with job performance or accessing a benefit of employment?
*I'm still suffering my left leg fractures, may not be recovered.*

What job function(s) or benefits of employment is the employee having trouble performing or accessing because of the limitation(s)? *I'll not be able to walk w/ my very heavy Japanese brochures in a food mart. Loratadine 10 mg for allergies & aspirin low dose & 81 mg T4*

Is the employee taking medications that could impair his/her ability to perform the Essential Functions of the job safely?
*PRAVASTATIN SODIUM 40MG, MAGNESIUM OXIDE 400(241.3MGT), GNP VIT D3 1K UNIT, CALCIUM 600-VIT D3 400, TABALENDRONATE SODIUM 70MG, ACETAMINOPHEN 500 MG T4, SM PAIN RELIEVER EXTRA STRENGTH 500M, MAPA CAPLETE, ALPHAGAN, IBUPROFEN 400MG TAB, ACETAMINOPHEN*

How does the employee's limitation(s) interfere with his/her ability to perform the job function(s) or access a benefit of employment? *As I explained above, but I think if everyone had their own space desk cabinet but not only the knee is mine IVA den we will be able to concentrate to perform much more 100% better job ua*

**C. Questions to help determine effective accommodation options.**

Do you have any suggestions regarding possible accommodations that would e[nable]
If yes, please complete the appropriate section(s) below:

❖ **IF THIS IS FOR A WORK PLACE ACCOMMODATION, COMPLE[TE]**

For each possible workplace accommodation, indicate if *temporary or perman[ent]* and if temporary include start date _____ and end date _____ *on 10/24/19 last on transmitted Mr. Paul*

How would your suggestions enable the employee to perform the job?

❖ **IF THIS IS FOR CONTINUOUS TIME OFF, COMPLETE THE FOL[LOWING]**

Start date *1/19/18* and end date *1/31/20* (An estimate is needed in order to process request)

If this is for continuous time off, complete the following:

If the suggested accommodation is additional leave, why has this leave been extended?
What is the likelihood that this employee will need additional leave, and if so, how much?
How will this additional time enable the employee to return to work as scheduled and not need additional extension of time off? *Since as my physical & mental doctors have recommended day by day examinations, including my foot care specialist. Also I'm still very concerned regarding the problematic & egocent disease manager who doesn't even know what the team works as Hiromi Maeda who cheated & forced to quit the company but a disease manager contacts & phones to Hiromi every day — but and spend a lot of her working time but also she admires Hiromi*

FAX

To: Mr. Paul Tuck / (877) 670-2892

10/24/19

P.3

## EMPLOYEE MEDICAL CERTIFICATION FORM
## IN RESPONSE TO AN ACCOMMODATION REQUEST

**Name:** Miyoko Mizuno

**Date of Birth:** (b)(7)(C) 1 line redacted

**Employer:** Wyndham Destinations

### A. Questions to help determine whether an employee has an ADA qualifying disability.

For reasonable accommodation under the ADA, an employee has a disability if he or she has an impairment that substantially limits one or more major life activities or a record of such impairment. The following questions may help determine whether an employee has a disability:

| | | |
|---|---|---|
| Does the employee have a physical impairment? | Yes ● | No ○ |
| Does the employee have a mental impairment? | Yes ● | No ○ |

Answer the following question based on what limitations the employee has when his or her condition is in an active state and what limitations the employee would have if no mitigating measures were used.*

| | | |
|---|---|---|
| Does the impairment substantially limit a major life activity as compared to most people in the general population? ** | Yes ● | No ○ |

If yes, what major life activity(s) (includes major bodily functions) is/are affected?

- ● Bending
- ● Hearing
- ● Reaching
- ● Speaking
- ○ Other: (describe)
- ● Breathing
- ● Interacting With Others
- ● Reading
- ● Standing
- ● Caring For Self
- ● Learning
- ● Seeing
- ● Thinking
- ● Concentrating
- ● Lifting
- ● Sitting
- ● Walking
- ● Eating
- ● Performing Manual Tasks
- ● Sleeping
- ● Working

Major bodily functions:

- ○ Bladder
- ○ Digestive
- ○ Lymphatic
- ○ Reproductive
- ○ Bowel
- ○ Endocrine
- ○ Musculoskeletal
- ○ Respiratory
- ● Brain
- ○ Genitourinary
- ○ Neurological
- ○ Special Sense Organs & S[...]
- ○ Cardiovascular
- ○ Hemic
- ○ Normal Cell Growth
- ● Other: (describe) blindness of 1/4 upper right
- ○ Circulatory
- ○ Immune
- ○ Operation of an Organ

❖ **IF THIS IS FOR INTERMITTENT TIME OFF, COMPLETE THE FOLLOWING.**

Will the impairment cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No ___Yes.

Is it medically necessary for the employee to be absent from work during the flare-ups? ___No ___Yes.
If so, explain:

Based upon the employee's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _____times per _____week(s) _____month(s)

Duration: _____hours or _____day(s) per episode

Start Date:_____    End Date:_____

D. Other questions or comments.

Medical Professional's Signature: _____  Date: 10/24/19

[Print] First Name: __Lillian McCollum, NP__  Last Name: _____

Phone: (808) 922-4787    Fax: (808) 122-4590

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Please return this form to: 877-670-2892                              Phone: 800-980-1006

*Mitigating measures include things such as medication, medical supplies, equipment, hearing aids, mobility devices, the use of assistive technology, reasonable accommodations or auxiliary aids or services, prosthetics, learned behavioral or adaptive neurological modifications, psychotherapy, behavioral therapy, and physical therapy. Mitigating measures do not include ordinary eyeglasses or contact lenses.

**Note: Does not need to significantly or severely restrict to meet this standard. It may be useful in appropriate cases to consider the condition under which the individual performs the major life activity; the manner in which the individual performs the major life activity; and/ or the duration of time it takes the individual to perform the major life activity, or for which the individual can perform the major life activity.

FAX

To: 541-3390  RE: 486-2020-00358

To: Mr. Raymond Griffin Jr.   **P.6**

Dear Raymond,   8/17/20

Thank you for hard work always. I'll transmit you the entire of copies of "Employee Medical Certification Form In RESPONSE to an ACCOMMODATION Request" total page of 7.

If you have any questions at all, please do not hesitate to contact me, anytime.

Thank you very much & have a very nice and safe day, Raymond!

Best regards,

Miyoko Mizuno

519



# WYNDHAM
# •DESTINATIONS

10/11/2019
Miyoko Mizuno
2022 Algaroba Street Apt 4
Honolulu, HI 96826

Re: Event Number 34580

Dear Miyoko Mizuno,

I'm Paul Tuck, an ADA Specialist at Matrix Absence Management, Inc. ("Matrix") on behalf of the Benefits Department at Wyndham Destinations.

Your accommodation under the Americans with Disabilities Act (ADA) is currently approved for:

Continuous Leave of Absence:
12/04/2018 - 01/04/2019, Expected return to work 01/05/2019

Continuous Leave of Absence:
01/05/2019 - 02/08/2019, Expected return to work 02/09/2019

Continuous Leave of Absence:
02/09/2019 - 03/30/2019, Expected return to work 03/31/2019

Continuous Leave of Absence:
03/31/2019 - 05/31/2019, Expected return to work 06/01/2019

Continuous Leave of Absence:
06/01/2019 - 07/31/2019, Expected return to work 08/01/2019

Continuous Leave of Absence:
08/01/2019 - 10/31/2019, Expected return to work 11/01/2019

NEED AN EXTENSION?
If you need an additional accommodation to enable you to perform the essential functions of your position beyond the end date noted above, please notify Matrix immediately of your intention to extend your leave and have your health care provider complete and return the attached Employee Medical Certification form within **15 calendar days of the date of this letter.** Once additional information is obtained, Matrix will contact you to discuss the next steps in the process.

In accordance with the Genetic Information Nondiscrimination Act (GINA), Wyndham Destinations does not request or require you to submit any genetic information including, but not limited to, family medical history, and you or your health care provider should not

include any such information.

**RETURNING TO WORK?**

If no extension is needed or requested, Matrix will close its file and the Company will require you to submit a medical release and return to work on the date your accommodation ends.

**WHAT HAPPENS NEXT?**

Remember! If you need an extension, it is your responsibility to fax or mail completed documentation to Matrix within 15 calendar days from the date of this letter.

Failure to timely return the required documents will result in a denial of your request for an additional accommodation, may result in disciplinary action or other employment action by Wyndham Destinations, and Matrix will close its file and take no further action on your accommodation request(s).

If you do not return to work or qualify for an extension by the date your accommodation ends, Wyndham Destinations may administratively terminate your employment. If your employment is terminated, once you are released to return to work, with or without restrictions, you may reapply to Wyndham Destinations and you will be considered in accordance with standard business needs.

**NEED MORE INFORMATION?**
Contact me at:

Paul Tuck, ADA Specialist
Phone: 800-866-2301, ext. 56081
Email: Paul.Tuck@matrixcos.com
Confidential fax: 877-670-2892

Enclosed:
Employee Medical Certification to be completed by your health care provider

519



## WYNDHAM
## •DESTINATIONS

10/11/2019
Miyoko Mizuno
2022 Algaroba Street Apt 4
Honolulu, HI 96826

Re: Event Number 34580

Dear Miyoko Mizuno,

I'm Paul Tuck, an ADA Specialist at Matrix Absence Management, Inc. ("Matrix") on behalf of the Benefits Department at Wyndham Destinations.

Your accommodation under the Americans with Disabilities Act (ADA) is currently approved for:

Continuous Leave of Absence:
12/04/2018 - 01/04/2019, Expected return to work 01/05/2019

Continuous Leave of Absence:
01/05/2019 - 02/08/2019, Expected return to work 02/09/2019

Continuous Leave of Absence:
02/09/2019 - 03/30/2019, Expected return to work 03/31/2019

Continuous Leave of Absence:
03/31/2019 - 05/31/2019, Expected return to work 06/01/2019

Continuous Leave of Absence:
06/01/2019 - 07/31/2019, Expected return to work 08/01/2019

Continuous Leave of Absence:
08/01/2019 - 10/31/2019, Expected return to work 11/01/2019

NEED AN EXTENSION?
If you need an additional accommodation to enable you to perform the essential functions of your position beyond the end date noted above, please notify Matrix immediately of your intention to extend your leave and have your health care provider complete and return the attached Employee Medical Certification form within **15 calendar days of the date of this letter.** Once additional information is obtained, Matrix will contact you to discuss the next steps in the process.

In accordance with the Genetic Information Nondiscrimination Act (GINA), Wyndham Destinations does not request or require you to submit any genetic information including, but not limited to, family medical history, and you or your health care provider should not

include any such information.

**RETURNING TO WORK?**

If no extension is needed or requested, Matrix will close its file and the Company will require you to submit a medical release and return to work on the date your accommodation ends.

**WHAT HAPPENS NEXT?**

Remember! If you need an extension, it is your responsibility to fax or mail completed documentation to Matrix within 15 calendar days from the date of this letter.

Failure to timely return the required documents will result in a denial of your request for an additional accommodation, may result in disciplinary action or other employment action by Wyndham Destinations, and Matrix will close its file and take no further action on your accommodation request(s).

If you do not return to work or qualify for an extension by the date your accommodation ends, Wyndham Destinations may administratively terminate your employment. If your employment is terminated, once you are released to return to work, with or without restrictions, you may reapply to Wyndham Destinations and you will be considered in accordance with standard business needs.

**NEED MORE INFORMATION?**
Contact me at:

Paul Tuck, ADA Specialist
Phone: 800-866-2301, ext. 56081
Email: Paul.Tuck@matrixcos.com
Confidential fax: 877-670-2892

Enclosed:
Employee Medical Certification to be completed by your health care provider

      1.    he or she is ordered not to work by written order from a state or local health officer because he or she is infected with, or suspected of being infected with, a communicable disease; or

      2.    he or she has been referred or recommended by competent medical authority to participate as a resident in either an alcohol abuse treatment program or drug abuse treatment program, or to participate in an outpatient program for the treatment of drug or alcohol abuse.

      A Participant will not be considered disabled if (i) he or she is performing work of any kind for remuneration or profit unless with the prior approval of the Plan Administrator, or (ii) he or she declines alternative employment by the Company which is within the Participant's capabilities and, as determined solely by the Company, has status and compensation comparable to the Participant's previous job.

## III.    ELIGIBILITY FOR BENEFITS pg.5

*Disability Determination*   The Claims Administrator will determine whether a Disability exists with respect to a Participant on the basis of (i) Objective Medical Evidence, (ii) a certificate from the Participant's Physician, or (iii) any such other information as the Claims Administrator, in its sole discretion, deems relevant to such determination.

      Certificates from the Participant's Physician must contain (i) a diagnosis and diagnostic code prescribed in the International Classification of Diseases, or, where no diagnosis has yet been obtained, a detailed statement of symptoms, (ii) a statement of the medical facts within the Physician's knowledge, based on a physical examination and a documented medical history of the Participant by the Physician, (iii) the Physician's conclusion as to the Participant's disability, and (iv) a statement of the Physician's opinion as to the expected duration of the disability.

## Medical and File Information Reviewed

| Document Date(s) | Document Type | Document Source |
|---|---|---|
| December 05, 2018 | Intake | Associate called in claim to the Matrix Intake center as a new claim |
| Client HR data feed | Electronic Data Feed from Wyndham Destinations | Wyndham Destinations |
| June 1, 2018 | Wyndham Destinations Short Term Disability Plan | Wyndham Destinations |

## Claim Decision Rationale

Your claim was filed with Matrix on December 05, 2018 with information for Dr. Lillian McCollum provided. Our medical unit reached out via fax to their office to complete the medical certification form on December 05, 2018 & December 07, 2018. As a final attempt to obtain a completed medical certification form to review for your Short Term Disability claim, a reminder letter was sent to you on December 19, 2018. To date, we have not received sufficient medical documentation to review your claim for Short Term Disability. Therefore, your claim has been

include any such information.

**RETURNING TO WORK?**

If no extension is needed or requested, Matrix will close its file and the Company will require you to submit a medical release and return to work on the date your accommodation ends.

**WHAT HAPPENS NEXT?**

Remember! If you need an extension, it is your responsibility to fax or mail completed documentation to Matrix within 15 calendar days from the date of this letter.

Failure to timely return the required documents will result in a denial of your request for an additional accommodation, may result in disciplinary action or other employment action by Wyndham Destinations, and Matrix will close its file and take no further action on your accommodation request(s).

If you do not return to work or qualify for an extension by the date your accommodation ends, Wyndham Destinations may administratively terminate your employment. If your employment is terminated, once you are released to return to work, with or without restrictions, you may reapply to Wyndham Destinations and you will be considered in accordance with standard business needs.

**NEED MORE INFORMATION?**
Contact me at:

Paul Tuck, ADA Specialist
Phone: 800-866-2301, ext. 56081
Email: Paul.Tuck@matrixcos.com
Confidential fax: 877-670-2892

Enclosed:
Employee Medical Certification to be completed by your health care provider

519



# WYNDHAM
## •DESTINATIONS

10/11/2019
Miyoko Mizuno
2022 Algaroba Street Apt 4
Honolulu, HI 96826

Re: Event Number 34580

Dear Miyoko Mizuno,

I'm Paul Tuck, an ADA Specialist at Matrix Absence Management, Inc. ("Matrix") on behalf of the Benefits Department at Wyndham Destinations.

Your accommodation under the Americans with Disabilities Act (ADA) is currently approved for:

Continuous Leave of Absence:
12/04/2018 - 01/04/2019, Expected return to work 01/05/2019

Continuous Leave of Absence:
01/05/2019 - 02/08/2019, Expected return to work 02/09/2019

Continuous Leave of Absence:
02/09/2019 - 03/30/2019, Expected return to work 03/31/2019

Continuous Leave of Absence:
03/31/2019 - 05/31/2019, Expected return to work 06/01/2019

Continuous Leave of Absence:
06/01/2019 - 07/31/2019, Expected return to work 08/01/2019

Continuous Leave of Absence:
08/01/2019 - 10/31/2019, Expected return to work 11/01/2019

NEED AN EXTENSION?
If you need an additional accommodation to enable you to perform the essential functions of your position beyond the end date noted above, please notify Matrix immediately of your intention to extend your leave and have your health care provider complete and return the attached Employee Medical Certification form within **15 calendar days of the date of this letter.** Once additional information is obtained, Matrix will contact you to discuss the next steps in the process.

In accordance with the Genetic Information Nondiscrimination Act (GINA), Wyndham Destinations does not request or require you to submit any genetic information including, but not limited to, family medical history, and you or your health care provider should not