IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MIYOKO MIZUNO, | ) | CV 21-00391 LEK-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WYNDHAM DESTINATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on September 28, 2021 and served on all parties on September 29, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Request for Reassignment; Findings and Recommendation That the District Court Grant Plaintiff's Application to Proceed Without Prepaying Fees; Dismiss the Complaint Without Prejudice; and Deny Plaintiff's Request for Appointment of Counsel", ECF No. 8, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII,  October 19, 2021.



 /s/ Leslie E. Kobayashi      

Leslie E. Kobayashi
United States District Judge

**MIYOKO MIZUNO VS. WYNDHAM DESTINATIONS, INC.; CV 21-00391
LEK-WRP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDATION**