UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| MIYOKO MIZUNO | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 21-00391 LEK-WRP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| WYNDHAM DESTINATIONS, INC. | October 19, 2021 |
| Defendant. | At 11 o'clock and 56 min a.m.<br>MICHELLE RYNNE, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Request for Reassignment; Findings and Recommendation that the District Court Grant Plaintiff's Application to Proceed Without Prepaying Fees; Dismiss the Complaint Without Prejudice; and Deny Plaintiff's Request for Appointment of Counsel", ECF No. 8, filed September 28, 2021 and the "Order Adopting Magistrate Judge's Findings and Recommendation", ECF No. 10, filed on October 19, 2021.  It is ordered that Plaintiff's Complaint is dismissed WITHOUT PREJUDICE to Plaintiff litigating the First Action, Mizuno v. Wyndham Vacation Ownership, Inc., 21-cv-00379-JAO-KJM.

| | |
|---|---|
| October 19, 2021 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by ET |
| | (By) Deputy Clerk |